JOHN W. HUBER, United States Attorney (#7226)
JENNIFER E. GULLY, Assistant United States Attorney (#15453)
MARK K. VINCENT, Assistant United States Attorney (#5357)
STEWART M. YOUNG, Assistant United States Attorney (#14377)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED US District Court-UT
OCT 07 '20 PM02:51

**SEALED**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN MACK SWENA,<br>█████████████, and<br>CLINTON DEAN SPENCER<br><br>Defendants. | INDICTMENT<br><br>VIOLATIONS:<br><br>COUNT 1: 21 U.S.C. § 841(a)(1), Distribution of Methamphetamine (Swena, ████, and Spencer);<br><br>COUNT 2: 18 U.S.C. § 922(g)(1), Felon in Possession of Firearm and Ammunition (Swena);<br><br>COUNT 3: 18 U.S.C. § 922(g)(1), Felon in Possession of Firearm and Ammunition (████);<br><br>COUNT 4: 21 U.S.C. § 841(a)(1), Distribution of Methamphetamine (Swena, ████). |
| The Grand Jury Charges: | Case: 2:20-cr-00348<br>Assigned To : Kimball, Dale A.<br>Assign. Date : 10/7/2020<br>Description: |

COUNT 1
21 U.S.C. § 841(a)(1)
(Distribution of Methamphetamine)

On or about December 19, 2019, in the District of Utah,

STEVEN MACK SWENA,

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ and

CLINTON DEAN SPENCER,

defendants herein, did knowingly and intentionally distribute five (5) grams or more of methamphetamine, a Schedule II Controlled Substance within the meaning of 21 U.S.C. § 812, and did aid and abet therein; all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2(a) and punishable pursuant to 21 U.S.C. § 841(b)(1)(B).

## COUNT 2
18 U.S.C. § 922(g)(1)
(Felon in Possession of Firearm and Ammunition)

On or about December 19, 2019, in the District of Utah,

STEVEN MACK SWENA,

defendant herein, knowing he had previously been convicted of a crime punishable by a term exceeding one year, knowingly possessed a firearm and ammunition, to wit: a Ruger, Service-Six, .357 caliber revolver and ammunition, and a Smith & Wesson .45 caliber handgun, and the firearm and ammunition were in and affecting commerce; all in violation of 18 U.S.C. § 922(g)(1).

## COUNT 3
18 U.S.C. § 922(g)(1)
(Felon in Possession of Firearm and Ammunition)

On or about December 19, 2019, in the District of Utah,

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

defendant herein, knowing he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed a firearm and ammunition, to wit: a Ruger, Service-Six, .357 caliber revolver and ammunition, and a Smith & Wesson .45 caliber handgun, and the firearm and ammunition were in and affecting commerce; all in violation of 18 U.S.C. § 922(g)(1).

### COUNT 4
21 U.S.C. § 841(a)(1)
(Distribution of Methamphetamine)

On or about January 23, 2020, in the District of Utah,

STEVEN MACK SWENA and

███████████████████████,

defendants herein, did knowingly and intentionally distribute fifty (50) grams or more of methamphetamine, a Schedule II Controlled Substance within the meaning of 21 U.S.C. § 812, and did aid and abet therein; all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2(a) and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

### NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of any offense in violation of 18 U.S.C. §§ 922, as set forth in this indictment, the defendants shall forfeit to the United States of America any firearm or ammunition involved in or used in the commission of the offenses, including, but not limited to:

- a Ruger, Service-Six, .357 caliber revolver and ammunition, and
- a Smith & Wesson .45 caliber handgun.

A TRUE BILL:

_____
FOREPERSON OF GRAND JURY

JOHN W. HUBER
United States Attorney

_____
JENNIFER E. GULLY
MARK K. VINCENT
STEWART M. YOUNG
Assistant United States Attorneys